IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **LATENTIER, LLC**, a Delaware limited liability company, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> **INTERNATIONAL PAPER COMPANY** a New York corporation, <br><br> Defendant/Counterclaim Plaintiff. | CASE NO.: 08-CV-00501 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through counsel, hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice, on the merits, and without an award of costs or disbursements to any party.

Dated this 7th day of September, 2010.    LIEBMANN, CONWAY, OLEJNICZAK, & JERRY, S.C.


By:   s/T. Wickham Schmidt
T. Wickham Schmidt  (#1062002)
231 South Adams Street
P.O. Box 23200
Green Bay, WI  54305-3200
(920) 437-0476
Attorneys for Latentier, LLC

OF COUNSEL:
Michael W. Connelly
CONNELLY CUNNINGHAM, PLLC
5335 Wisconsin Avenue NW, Suite 440
Washington, DC  20015-2052
(301) 648-3364

Dated this 7th day of September, 2010.　　BROOKS KUSHMAN P.C.

　　　　　　　　　　　　　　　　　　　　By:　　s/Thomas W. Cunningham　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Frank A. Angileri
　　　　　　　　　　　　　　　　　　　　　　　Thomas W. Cunningham
　　　　　　　　　　　　　　　　　　　　　　　231 South Adams Street
　　　　　　　　　　　　　　　　　　　　　　　1000 Town Center, 22nd Floor
　　　　　　　　　　　　　　　　　　　　　　　Southfield, MI 48075
　　　　　　　　　　　　　　　　　　　　　　　(248) 358-4400
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for International Paper Company

*(070209.244-#775207)*